UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                           CRIMINAL NO. 07-34-FJP-DLD

ALMOND J. RICHARDSON

**ORDER**

Considering the motion for Steven J. Moore to withdraw as counsel of record;[1]

IT IS ORDERED that this matter is referred to the Federal Public Defender's Office to determine whether the defendant is eligible for court appointed counsel. The Federal Public Defender's Office shall report back to the Court on or before November 20, 2009, whether the Federal Public Defender or retained counsel will represent the defendant prior to and at sentencing and on any appeal which may be taken in this case. The Court will consider a good faith motion filed by the Federal Public Defender for additional time to file the report requested herein.

Baton Rouge, Louisiana, November 12, 2009.

                                         _____
                                         FRANK J. POLOZOLA
                                         MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 197.

Doc#46486
 FPD